UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PANO CHURCHILL,

        Plaintiffs,

    v.

JOSHUA ANDERSON,

        Defendant.

Cause No. C23-1013RSL

ORDER OF DISMISSAL

On July 10, 2023, plaintiff's application to proceed *in forma pauperis* was granted and his complaint was accepted for filing. The Court reviewed the record as a whole (including the transaction form submitted with the pleading) under the standards articulated in 28 U.S.C. § 1915(e)(2), construed the allegations of the complaint liberally (*see Bernhardt v. Los Angeles County*, 339 F.3d 920, 925 (9th Cir. 2003)), and found that the complaint was deficient. Plaintiff was given until August 16, 2023, to file an amended pleading that alleged facts to support his bare allegations of wrongdoing and to identify a viable claim for relief. No amended complaint having been filed by the deadline, the above-captioned matter is hereby DISMISSED.

Dated this 22nd day of August, 2023.

                                        Robert S. Lasnik
                                        United States District Judge

ORDER OF DISMISSAL - 1