UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PANO CHURCHILL,<br><br>                Plaintiffs,<br><br>     v.<br><br>JOSHUA ANDERSON,<br><br>                Defendant. | Cause No. C23-1013RSL<br><br>ORDER |

On July 10, 2023, plaintiff's application to proceed *in forma pauperis* was granted and his complaint was accepted for filing. The Court reviewed the record as a whole (including the transaction form submitted with the pleading) under the standards articulated in 28 U.S.C. § 1915(e)(2), construed the allegations of the complaint liberally (*see Bernhardt v. Los Angeles County*, 339 F.3d 920, 925 (9th Cir. 2003)), and found that the complaint was deficient. Plaintiff was given until August 16, 2023, to file an amended pleading that alleged facts to support his bare allegations of wrongdoing and to identify a viable claim for relief. No amended complaint was filed by the deadline, and the above-captioned matter was DISMISSED.

Plaintiff has filed a motion for reconsideration (Dkt. # 7) seeking an extension of the time in which to file an amended complaint and asserting that he was hospitalized with COVID and unable to meet the original August 16th deadline. Having shown good cause for an extension, the request is GRANTED. The Clerk of Court is directed to reopen this case and renote the

ORDER - 1

Order Requiring More Definite Statement on the Court's calendar for consideration on Friday, September 22, 2023.

Dated this 5th day of September, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2