UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PANO CHURCHILL,

        Plaintiff,

   v.

JOSHUA ANDERSON,

        Defendant.

CASE NO. 2:23-cv-01013-RSL

ORDER OF DISMISSAL

On July 10, 2023, plaintiff's application to proceed *in forma pauperis* was granted and his complaint was accepted for filing. The Court reviewed the record as a whole (including the transaction form submitted with the pleading) under the standards articulated in 28 U.S.C. § 1915(e)(2), construed the allegations of the complaint liberally (*see Bernhardt v. Los Angeles County*, 339 F.3d 920, 925 (9th Cir. 2003)), and found that the complaint was deficient. Plaintiff was given until August 16, 2023, to file an amended pleading that alleged facts to support his bare allegations of wrongdoing and to identify a viable claim for relief. No amended complaint was filed by the deadline, and the above-captioned matter was dismissed.

    Plaintiff filed a motion for reconsideration (Dkt. # 7) seeking an extension of the time in which to file an amended complaint and asserting that he was hospitalized with

ORDER OF DISMISSAL - 1

COVID and unable to meet the original August 16th deadline. Having shown good cause for an extension, the request was GRANTED, but the Court's order was mailed to the wrong address. It was resent on September 19, 2023, and plaintiff was given until October 10, 2023, to respond. No response having been filed, this matter is again DISMISSED.

DATED this 2nd day of November, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2